# IN THE SUPREME COURT OF PENNSYLVANIA
## WESTERN DISTRICT

| | |
|---|---|
| HOWARD SCHWARTZ, | : No. 352 WAL 2014 |
| | : |
| Petitioner | : |
| | : Petition for Allowance of Appeal from the |
| | : Order of the Commonwealth Court |
| v. | : |
| | : |
| | : |
| ALLEGHENY COUNTY, | : |
| PENNSYLVANIA, AND VALUE-ADDED | : |
| COMMUNICATIONS, INC., | : |
| | : |
| Respondents | : |
| | : |
| ********************************************* | : |
| VALUE-ADDED COMMUNICATIONS, | : |
| INC. | : |
| | : |
| v. | : |
| | : |
| | : |
| SECURUS TECHNOLOGIES, INC. AND | : |
| THE COUNTY OF ALLEGHENY | : |

## ORDER

**PER CURIAM**

    **AND NOW**, this 4th day of December, 2014, the Petition for Allowance of Appeal is **DENIED**.